PICÓ & VIVES, PETITIONERS, *v*. HUTCHISON, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District Court of Mayagüez in an action of debt originating in the Municipal Court of San Germán.

No. 120.—Decided May 22, 1914.

CERTIORARI.—Decided on the grounds of the opinion delivered to-day in *certiorari* proceedings No. 119, *Delgado et al. v. Hutchison, District Judge.*

The facts are stated in the opinion.

*Mr. Benito Forés* for the petitioner.

The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

The principal questions presented in this case are substantially the same as those in the case of *certiorari* No. 119, *Tomás Delgado et al. v. Hutchison, District Judge,* decided today, and the reasonings in the opinion delivered in said case are applicable to the one at bar, therefore, a decision should be rendered granting the petition of *certiorari* and annulling the order made by the court below on April 18, 1914.

> *Petition sustained and order of April 8, 1914, set aside.*

Justices del Toro and Aldrey concurred.

Chief Justice Hernández and Justice Hutchison took no part in the decision of this case.